UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT DELAPLAINE,

    Plaintiff,

v.

UNITED AIRLINES, INC.,

    Defendant.

Case No. C06-989Z

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF ROBERT DELAPLAINE , and on behalf of DEFENDANT UNITED AIRLINES, INC. in the amount of $3,630.69 as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. DEPOSITION COSTS | $4,877.08 | $1,593.03 | $3,284.05 |

Clerk did not allow costs for video depositions that were not used by the court and for production of expedited transcripts.

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| II. TRIAL EXHIBITS | $346.64 | 0 | $346.64 |

Dated this   27th   day of NOVEMBER, 2007 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1